DEK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL 15 AM 10: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Ramon R MORA-Romero,** Defendant | Magistrate Docket No. **COMPLAINT FOR VIOLATION OF:** Title 8, U.S.C., Section 1326 Deported Alien Found in the United States '08 MJ 2159 |

The undersigned complainant, being duly sworn, states:

On or about **July 14, 2008** within the Southern District of California, defendant, **Ramon R MORA-Romero,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **JULY, 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

DEK.

**CONTINUATION OF COMPLAINT:**
**Ramon R MORA-Romero**

## PROBABLE CAUSE STATEMENT

On July 14, 2008, Border Patrol Agent L. Valdivia was performing his assigned duties in the Pine Valley Border Patrol Station area of responsibility. At approximately 9:00 a.m., Agent Valdivia responded to a seismic intrusion device Northeast of the Tecate, California Port of Entry.

Agent Valdivia was able to find fresh footprints for a group of individuals. Agent Valdivia followed the footprints north on a trail for approximately fifteen minutes. He then found six individuals trying to conceal themselves under some thick brush. Agent Valdivia approached the group and identified himself as a United States Border Patrol Agent and then conducted an immigration inspection. All six individuals including one who was later identified as defendant **Ramon R MORA-Romero,** admitted to being citizens and nationals of Mexico without any immigration documents allowing them to enter or remain legally in the United States. All six individuals were arrested and transported to the Pine Valley Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 29, 2007** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.